IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BERTHA RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00074 |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL OF DEFENDANT TARGET CORPORATION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Defendant in the above-entitled and numbered cause, TARGET CORPORATION, hereinafter referred to as "TARGET," files this its Notice of Removal and in support thereof shows the Court as follows:

1. Defendant has been sued in a civil action filed on or about February 5, 2019, in the 210th District Court for El Paso County, Texas in cause number 2019-DCV0479. Pursuant to Sections 1441 and 1446 of Title 28 of the United Sates Code, TARGET removes this action to the United States District Court for the Western District of Texas, El Paso Division, which is the judicial district in which the action is pending.

2. The grounds for removal are as follows:

   a. The Plaintiff's Original Petition in this action was served on the registered agent for service of process of TARGET on February 15, 2019, so this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6.

      b.      There is complete diversity of citizenship between the parties because Plaintiff alleges that her address is in El Paso, Texas, making her a citizen of the State of Texas, and TARGET is a corporation organized and incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota.

      c.      More than $75,000 exclusive of interest and costs is in controversy in this action because Plaintiff seeks the recovery of damages in an amount of $500,000. *See* Prayer in Plaintiff's Original Petition.

3.    This Court has original federal diversity jurisdiction under 28 U.S.C. § 1332.

4.    A notice to the state court of filing this Notice of Removal is being filed with the District Clerk of El Paso County, Texas on this date.

5.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants are attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, because the conditions for the exercise of diversity of citizenship jurisdiction have been fully met, Defendant TARGET CORPORATION respectfully requests this Court to assume jurisdiction over this action as provided by law.

                                              Respectfully submitted,

                                              /s/ Ken Coffman
                                              KEN COFFMAN
                                              221 N. Kansas Street, Suite 503
                                              El Paso, Texas  79901-1430
                                              (915) 231-1945 (office)
                                              (915) 225-0555 (fax)
                                              ken@kclawfirm.net
                                              State Bar No. 04497320
                                              Attorney for Defendant TARGET CORP.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Removal has been electronically served upon Ruben P. Hernandez, attorney for Plaintiff, lawrhernandez@hotmail.com, 1205 E. Yandell Avenue, El Paso, Texas 79902 this 27TH day of February, 2019.

                                  /s/ Ken Coffman
                                KEN COFFMAN