UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BERTHA RAMIREZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-19-CV-00074-FM |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with "Order of Dismissal with Prejudice" [ECF No. 7], the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is instructed to **CLOSE** the above-captioned cause.

**SO ORDERED.**

**SIGNED** this _29_ day of **April, 2019.**

_____
**FRANK MONTALVO
UNITED STATES DISTRICT JUDGE**

1